IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.L. GORE & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-515-LPS-CJB |
| | ) | |
| C.R. BARD, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington this **9th** day of **June, 2015.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 361) on April 7, 2015;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' Motion for Summary Judgment of Noninfringement as to the Affixing Limitation (D.I. 247);

WHEREAS, any Objections to the Report and Recommendation were to be filed by April 24, 2015;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 361) is **ADOPTED** and Defendants' Motion for Summary Judgment of Noninfringement as

to the Affixing Limitation (D.I. 247) is **DENIED**.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE